Tionna Dolin (SBN 299010)
Email: tdolin@slpattorney.com
Daniel Law (SBN 308855)
Email: dlaw@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff,
Gregory P. Ricksecker

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Gregory P. Ricksecker,<br><br>Plaintiffs,<br><br>vs.<br><br>Ford Motor Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 4:21-cv-04681-HSG<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Courtroom: 2<br><br>**ORDER DENYING JOINT STIPULATION TO CONTINUE SEPTEMBER 21, 2021 CASE MANAGEMENT CONFERENCE** |

---

DECLRATION OF DANIEL LAW IN SUPPORT OF JOINT STIPULATION TO CONTINUE SEPTEMBER 21, 2021 CASE MANAGEMENT CONFERENCE

# ORDER

The Court, having considered the Joint Stipulation to Continue September 21, 2021 Scheduling Conference filed by the Parties, and upon finding that good cause exists, hereby ORDERS as follows:

1. The Joint Stipulation to Continue September 21, 2021 Case Management Conference and all related deadlines is **DENIED**;

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 25, 2021

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE