Payam Shahian (SBN 228406)
pshahian@slpattorney.com
Tionna Dolin (SBN 299010)
tdolin@slpattorney.com
STRATEGIC LEGAL PRACTICES, APC
1888 Century Park East, Floor 19
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff,
GREGORY P. RICKSECKER

Michael D. Mortenson (SBN 247758)
mmortenson@mortensontaggart.com
Craig A. Taggart (SBN 239168)
ctaggart@mortensontaggart.com
Patricia H. Jun (SBN 277461)
pjun@mortensontaggart.com
MORTENSON TAGGART ADAMS LLP
300 Spectrum Center Drive, Suite 1200
Irvine, CA 92618
Telephone: (949) 529 – 5932
Facsimile: (949) 774-2545

Attorney for Defendant,
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

## NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY P. RICKSECKER,<br><br>        Plaintiffs,<br><br>    vs.<br><br>FORD MOTOR COMPANY; and<br>DOES 1 through 10, inclusive<br><br>        Defendant. | Case No.: 4:21-cv-04681-HSG<br><br>**JOINT STIPULATION REGARDING ENTRY OF JUDGMENT; JUDGMENT** |

**TO THE HONORABLE COURT AND ALL ATTORNEYS OF RECORDS**:

Plaintiff GREGORY P. RICKSECKER and Defendant FORD MOTOR COMPANY by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff GREGORY P. RICKSECKER accepted Defendant FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on July 22, 2022, which is attached hereto as **Exhibit 1**. Plaintiff and Defendant hereby apply for the entry of judgment thereon pursuant to the terms of the Rule 68 Offer of Judgment attached herein.

Accordingly, the Parties request the Court enter JUDGMENT in favor of Plaintiff Gregory P. Ricksecker and against Defendant Ford Motor Company according to the terms set forth in the Offer of Judgment.

**IT IS SO STIPULATED.**

Dated: September 7, 2022

**STRATEGIC LEGAL PRACTICES, APC**

 _/s/Tionna Dolin_____
Tionna Dolin
Attorney for Plaintiff,
GREGORY P. RICKSECKER

Dated: September 7, 2022                **MORTENSON TAGGART ADAMS LLP**

 _/s/ Patricia H. Jun_____
Patricia H. Jun
Attorney for Defendant,
FORD MOTOR COMPANY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>ORDER AND JUDGMENT</u>

Upon consideration of the Joint Stipulation of Plaintiff GREGORY P.

RICKSECKER, and Defendant, FORD MOTOR COMPANY, regarding Entry of

Judgment:

**IT IS ORDERED** that:

1.  The Joint Stipulation is GRANTED;

2.  The Court enters JUDGMENT in favor of Plaintiff Gregory P.

    Ricksecker and against Defendant Ford Motor Company pursuant to the

    terms of the Offer of Judgment accepted by Plaintiff on July 22, 2022.

**IT IS SO ORDERED.**

Dated:       9/9/2022

*Haywood S. Gill Jr.*

Hon. Haywood S. Gilliam, Jr.
District Court Judge

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Los Angeles, California; my business address is Strategic Legal Practices, A Professional Corporation at 1888 Century Park East, Floor 19, Los Angeles, California 90067.

On the date below, I served a copy of the foregoing document entitled:

**JOINT STIPULATION REGARDING ENTRY OF JUDGMENT**

on the interested parties in said case as follows:

Served Electronically Via the Court's CM/ECF System

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Los Angeles, California on September 8, 2022.

_____
Kim Johnson