UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY P. RICKSECKER,

　　　　　Plaintiff,

v.

FORD MOTOR COMPANY,

　　　　　Defendant.

Case No. 21-cv-04681-HSG

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION FOR MOTION FOR ATTORNEYS' FEES AND COSTS**

**RE: DKT. NOS. 54, 41**

　　　　The Court has reviewed Magistrate Judge Kim's Report and Recommendation for Motion for Attorneys' Fees and Costs. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

　　　　IT IS HEREBY ORDERED that the Plaintiff's motion for attorneys' fees and costs is GRANTED IN PART and DENIED IN PART. The Court finds that Plaintiff is entitled to a total of $41,846.50 in attorneys' fees and $1,316.00 in costs.

　　　　**IT IS SO ORDERED.**

Dated: February 22, 2023

　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge